Jeffrey Lemay,

    Plaintiff,

VS

Galveston County,

    Defendants.

United States Courts
Southern District of Texas
FILED

JAN 12 2017

David J. Bradley, Clerk of Court

**Lawsuit for compensation due to habitual civil rights violations and bodiy harm recieved.**

I'd like to start by stating that Galveston County have habitually violated my civil rights.

### 1. December 2nd/3rd 2016 and attempts made later in the month

Multiple police stations/constables refuse to take my police report concerning money and items stolen from me.

### 2. 7/9/2016

I was arrested with case # 16cr1875 State vs Jeffrey Lemay Evading Arrest/detention w/vehicle brought against me.   The officers had not witnessed anything illegal being done and therefore had no legal reason to detain or arrest me.

Resulting in: False Arrest.

Defemation of character (one witness stated an officer told them I was "seen doing a drug deal".  When in fact a officer I had previously spoken to wanted to harrass me)

Police Brutality/Assault.  Denied medical assistance.  Denied to speak witha supervisor when requested as I regained conciousness.

Galviston County jail workers misconduct in not booking me in ina timly manner or providing proper medical attention.   I was informed by one medical intake that it was put in my record that I was suicidal.

13-15 hours of incarceration. (loss of freedom)  Denied medical assitance Denied a proper

1

phone call.

($1000 paid to bond)

(Medical bills for antibiotics and for permanent damage to my person. Ie. broken jaw, face, nasal passage, internal occular damage, severly painful scars through-out my body)

Galveston police officers kept my glasses and put my phone in evidence. Violating my 4th amendment rights. And potentialy tamporing with evidemce.

Took my vehicle. (monitary loss, as well as loss of freedom, request monitary consideration for detailing my vehicle due to condition returned in. And monitary value for my vehicle being returned damaged. Ie alighnment was off, and transmission damaged.)

My eye glasses where stolen by the officers. My cell phone (4th amendment protected) was taken into property without a warrent. (Our community feels these actions where performed in the GPD's efforts to manipulate/destroy evidence.

Post traumatic stress. Embarasment for how I looked with my injurys in public. Afraid to go outside, especially driving.

**"The Fourth Amendment of the U.S. Constitution provides, "[t]he right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause,"

Lack of an expedient trial.


### 3. 12/11/2015

GPD entering my home without a warrent. "no warrent shall be given"

False arrest for Unlawfull Carry of a weapon.

Second false arrest on another day for illegally entering my home. (And time spent without freedom. )

(Monitary value paid to bonds people 500 and 400?)

Property removed without a warrent. (firearm that they refuse to return even though the judge threw this out of court as my actions were not illegal and encouraged by the Texas constitution/laws. Infringment of my second amendment rights over an extended period of time )

2

4. **August 16 2015**

   Home was entered and my firearm was removed from my home. (Second Amendment infringed upon.)

   Unlawful arrest? Was arrested for jaywalking on a road that had no traffic... Excessive force used. (time with freedom was lost) With barley a way to get out as no bail could be set for something that is not a crime according to the DOJ.

5. **On April 23 14**

   I was the victim of False Arrest and excessive force was used agtainst me while I was dragged out of my vehicle. My Vehicle was unlawfully searched and inpounded (Fourth Amendment) I feel my letter to the Office of Professional Standards was not properly investigated by the Texas City police department.

   Post traumatic stress displayed phisiologicly when I had a seizure while transcribing my experience.

   Compensation requested for finger prints taken over multiple unlawfull arrests and Mug shots leaked to the internet.

   The lack of professionalism, misconduct, negligence, assault, training and review clearly seen in these cases is disgusting an unacceptable.

Plantiff
Jeffrey Lemay
6017 Fondren RD
Houston TX 77036
818 800 1869

Signature [signed]
Date Filed 1/12/2017

Defendent
County of Galveston

3